1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 ZHENG MI,                                    )
                                                )
13        Plaintiff,                            ) No. C 07-1542 SI
                                                )
14    v.                                        )
                                                ) **STIPULATION TO DISMISS AND**
15 ALBERTO GONZALES, U.S. Attorney General;     ) **[PROPOSED] ORDER**
   ROBERT S. MUELLER, III, Director             )
16 of the Federal Bureau of Investigation;      )
   MICHAEL A. CANNON, Section Chief of          )
17 the National Name heck Program Section of    )
   the Federal Bureau of Investigation;         )
18 MICHAEL CHERTOFF, Secretary of the           )
   Department of Homeland Security;             )
19 EMILIO T. GONZALES, Director of United       )
   States Citizenship and Immigration Services; )
20 EVELYN UPCHURCH, Director of USCIS           )
   Texas Service Center,                        )
21                                              )
          Defendant.                            )
22                                              )

23     Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby

24 stipulate, subject to the approval of the Court, to dismissal of the action because Plaintiff no

25 longer wishes to pursue the Complaint.  The parties also ask the Court to vacate the July 27, 2007

26 hearing on Defendants' motion to dismiss.

27     Each of the parties shall bear their own costs and fees.

28

Stipulation to Dismiss
C07-1542 SI                                1

Date: June 11, 2007                              Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                           /s/
                                                 ─────────────────────────
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants


                                                           /s/
                                                 ─────────────────────────
Date: June 12, 2007                              ZHENG MI
                                                 *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____                    ─────────────────────────
                                                 SUSAN ILLSTON
                                                 United States District Judge

Stipulation to Dismiss
C07-1542 SI                                      2